**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 08-6892**

_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

SAMUEL CLIVE PHILLIPS,

        Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Henry Coke Morgan, Jr., Senior District Judge.  (2:93-cr-00131-HCM-5)

_____

Submitted:  August 14, 2008       Decided:  August 21, 2008

_____

Before MICHAEL, Circuit Judge, and WILKINS and HAMILTON, Senior Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Samuel Clive Phillips, Appellant Pro Se.  Kevin Michael Comstock, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Samuel Clive Phillips appeals the district court's order denying his motion to modify his sentence pursuant to 18 U.S.C. § 3582(c)(2)(2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Phillips, No. 2:93-cr-00131-HCM-5 (E.D. Va. filed Apr. 29, 2008; entered May 2, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED